UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TRANS TEXAS TIRE, LLC, <br><br> *Plaintiff,* <br><br> and <br><br> ZHEJIANG JINGU COMPANY LIMITED, <br><br> *Consolidated Plaintiff,* <br><br> v. <br><br> UNITED STATES, <br><br> *Defendant* <br><br> and <br><br> DEXSTAR WHEEL <br><br> *Defendant-Intervenor* | Consol. Court No. 19-00188 |

**ORDER**

Upon consideration of the responsive comments regarding the remand redetermination, and all other pertinent papers, it is hereby

**ORDERED** that the remand redetermination is sustained in its entirety.

_____
JUDGE GARY S. KATZMANN

Dated: _____, 2021
New York, New York

# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| TRANS TEXAS TIRE, LLC,<br><br>*Plaintiff,*<br><br>and<br><br>ZHEJIANG JINGU COMPANY LIMITED,<br><br>*Consolidated Plaintiff,*<br><br>*v.*<br><br>UNITED STATES,<br><br>*Defendant*<br><br>and<br><br>DEXSTAR WHEEL<br><br>*Defendant-Intervenor* | Consol. Court No. 19-00188 |

## <u>DEFENDANT-INTERVENOR'S RESPONSIVE COMMENTS ON THE REMAND REDETERMINATION</u>

Defendant-Intervener Dexstar Wheel hereby submits its comments regarding the Department of Commerce's ("Commerce") June 14, 2021 *Final Results of Remand Redetermination Pursuant to Court Remand* ("Remand Redetermination", ECF 62).

In its May 18, 2021 opinion, the Court rejected Plaintiffs' arguments that Commerce unlawfully included Physical Vapor Deposition ("PVD") finished wheels within the scope of the antidumping ("AD") order. The Court remanded that determination to Commerce, holding that the agency had improperly applied preliminary antidumping duties to those wheels without

1

providing adequate notice of their inclusion within the scope and ordered Commerce to reformulate its instructions applying those preliminary duties. ECF 60 (Slip-Op 21-62) at 20-21.

In its Remand Redetermination, Commerce explained how it has revised its instructions to U.S. Customs and Border Protection ("CBP") so that only the final duties will be applied to the wheels at issue. ECF 62 at 7-9. Defendant-Intervenor does not challenge that Commerce's revised instructions comply with the Court's opinion and order. Additionally, all parties to this litigation submitted comments to Commerce agreeing that the redetermination complied with the Court's opinion and order. ECF 62 at 6. As no party has challenged Commerce's redetermination, the Court should affirm it.

Respectfully submitted,

/s/ Nicholas J. Birch
Roger Schagrin
Geert De Prest
Nicholas J. Birch
SCHAGRIN ASSOCIATES
900 Seventh Street, N.W.
Suite 500
Washington, D.C.  20001
*Counsel for Dexstar Wheel*

Dated: July 15, 2021

# CERTIFICATE OF COMPLIANCE WITH
# STANDARD CHAMBERS PROCEDURES

The undersigned counsel at Schagrin Associates hereby certifies that Defendant-Intervenor's Responsive Comments on the Remand Redetermination, dated July 15, 2021, complies with the word-count limitation described in ¶ 2(B) of the Standard Chambers Procedures of this Court. These comments contains 194 words according to the word count function of the word processing software used to prepare the comments.

Respectfully submitted,

/s/ Nicholas J. Birch
Roger Schagrin
Geert De Prest
Nicholas J. Birch
SCHAGRIN ASSOCIATES
900 Seventh Street, N.W.
Suite 500
Washington, D.C.  20001
*Counsel for Dexstar Wheel*

Dated: July 15, 2021