# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE GARY S. KATZMANN

| | |
|---|---|
| TRANS TEXAS TIRE, LLC, <br><br>   Plaintiff, <br><br>and <br><br>ZHEJIANG JINGU COMPANY LIMITED, <br><br>   Consolidated Plaintiff, <br><br>v. <br><br>UNITED STATES, <br><br>   Defendant, <br><br>and <br><br>DEXSTAR WHEEL, <br><br>   Defendant-Intervenor. | Consol. Court No. 19-00188 |

## CONSOLIDATED PLAINTIFF'S NOTICE OF APPEAL

  Notice is hereby given that Consolidated Plaintiff Zhejiang Jingu Company Limited hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's final decision and judgment entered in this action on November 18, 2021.

               Respectfully submitted,

               /s/ Jay C. Campbell
               Walter J. Spak
               Jay C. Campbell
               Ting-Ting Kao

               **White & Case LLP**
               701 Thirteenth Street, N.W.
               Washington, D.C.  20005
               202-626-3500

Dated:  January 17, 2022       *Counsel for Consolidated Plaintiff*
               *Zhejiang Jingu Company Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 17th day of January 2022, "CONSOLIDATED PLAINTIFF'S NOTICE OF APPEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          /s/ Jay C. Campbell
                                          Jay C. Campbell