NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRANS TEXAS TIRE, LLC,**
*Plaintiff*

**ZHEJIANG JINGU COMPANY LIMITED,**
*Plaintiff-Appellant*

v.

**UNITED STATES, DEXSTAR WHEEL,**
*Defendants-Appellees*

---

2022-1395

---

Appeal from the United States Court of International Trade in Nos. 1:19-cv-00188-GSK, 1:19-cv-00186-GSK, Judge Gary S. Katzmann.

---

**TRANS TEXAS TIRE, LLC,**
*Plaintiff*

**ZHEJIANG JINGU COMPANY LIMITED,**
*Plaintiff-Appellant*

v.

UNITED STATES, DEXSTAR WHEEL,

*Defendants-Appellees*

———————————

2022-1396

———————————

Appeal from the United States Court of International Trade in Nos. 1:19-cv-00189-GSK, 1:19-cv-00187-GSK, Judge Gary S. Katzmann.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

<u>February 7, 2022</u>
    Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** February 7, 2022